Daniel S. Szalkiewicz, Esq.
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff C.K.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| C.K.<br><br>            Plaintiff,<br><br>     v.<br><br>JEFFREY RIGUEUR a/k/a JEFFREY R. WING,<br><br>            Defendant. | Case No. 1:24-cv-2778<br><br>**MOTION FOR LEAVE FOR PLAINTIFF TO APPEAR ANONYMOUSLY** |

PLEASE TAKE NOTICE that Plaintiffs, by and through his undersigned counsel, Daniel Szalkiewicz & Associates, P.C., upon the accompanying Memorandum of Law, the Certification of C.K. dated April 9, 2024, and the exhibits annexed thereto, Plaintiff C.K. will move the Court, on May 10, 2024, for an Order granting Plaintiff permission to proceed under a pseudonym and directing all parties to refer to Plaintiff as C.K. in all filings, and not otherwise publicly identify Plaintiff.

Dated:   New York, New York
             April 12, 2024

                              Daniel Szalkiewicz & Associates, P.C.
                              By:     */s/ Daniel S. Szalkiewicz*
                              Daniel S. Szalkiewicz, Esq.
                              *Attorneys for Plaintiff C.K.*
                              23 West 73rd Street, Suite 102
                              New York, NY 10023
                              Tel: (212) 706-1007
                              Fax: (914) 500-2315
                              daniel@lawdss.com