```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
C.K.

                Plaintiff,                        ORDER

          - against -                        24 Civ. 2778 (NRB)

JEFFREY RIGEUR also known as
Jeffrey R. Wing,

                Defendant.

-------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on April 12, 2024, plaintiff filed this action alleging that defendant, without plaintiff's consent, has been distributing and selling intimate videos of plaintiff that defendant obtained covertly.  ECF No. 1;

WHEREAS, plaintiff alleges that she has suffered severe emotional distress as a result of defendant's actions.  Id. ¶ 50;

WHEREAS, alongside her complaint, plaintiff filed a motion to proceed under a pseudonym pursuant to 15 U.S.C. § 6851, which provides that in cases involving the disclosure of intimate media, a court "may grant injunctive relief maintaining the confidentiality of a plaintiff using a pseudonym."  15 U.S.C. § 6851(b)(3)(B);

WHEREAS, the Second Circuit has also held that "a party may preserve his or her anonymity when the party's need for anonymity

outweighs (1) prejudice to the opposing party and (2) the public's interest in knowing the party's identity." Sealed Plaintiff v. Sealed Defendant, 537 F.3d 185, 189 (2d Cir. 2008);

WHEREAS, the Court finds that the numerous factors elaborated by the Second Circuit weigh strongly in favor of allowing plaintiff to proceed using her initials, namely that the litigation clearly involves matters that are "highly sensitive and of a personal nature" and that disclosure would very likely present "other harms and the likely severity of those harms." Id. at 190; it is hereby

**ORDERED** that plaintiff may proceed under a pseudonym and that all parties refer to plaintiff as C.K. in all filings, and may not otherwise publicly identify plaintiff.

Dated:    April 17, 2024
          New York, New York

_____
       NAOMI REICE BUCHWALD
    UNITED STATES DISTRICT JUDGE