AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **1:24-CV-02778-NRB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **JEFFREY RIGUEUR**
was recieved by me on **4/16/2024:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☒  I left the summons at the individual's residence or usual place of abode with **John Doe**, a person of suitable age and discretion who resides at **3 York Dr, Wyandanch, NY 11798**, on **04/23/2024 at 11:38 AM**, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   04/23/2024

_____
*Server's signature*

**Gerard Scully**
*Printed name and title*

**6 Half Acre Ct
Smithtown, NY 11787**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to an individual who refused to give their name who identified themselves as the co-resident. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 25-35 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with a beard.**




Tracking #: **0130644209**