UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

C.K.

                           **Plaintiff(s),**

                **- against -**

JEFFREY RIGUEUR a/k/a JEFFREY R. WING,

                          **Defendant(s),**
------------------------------------------------------------X

24 Civ. 2778 (___)

**CLERK'S CERTIFICATE
OF DEFAULT**

      **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on April 12, 2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) JEFFREY RIGUEUR a/k/a JEFFREY R. WING by personally serving John Doe, and proof of service was therefore filed on 04/26/2024, Doc. #(s) 8.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

          _____, 20___

                                                          **RUBY J. KRAJICK
Clerk of Court**

                                                      **By:** _____
                                                           **Deputy Clerk**