Daniel S. Szalkiewicz, Esq.
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff K.I.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| C.K.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY RIGUEUR a/k/a JEFFREY R. WING,<br><br>　　　　Defendant. | Case No. 24-cv-2778<br><br>**DECLARATION OF DANIEL S. SZALKIEWICZ, ESQ.** |

　　　　DANIEL S. SZALKIEWICZ declares as follows:

　　　　1.　　I am a partner at the law firm of Daniel Szalkiewicz & Associates, P.C., attorneys for the defendant in the above captioned action. I submit this declaration in support of Plaintiff's request for a Clerk's Certificate of Default.

　　　　2.　　This action was commenced by the filing of a Complaint on April 12, 2024 (**DE 1**).

　　　　3.　　The time for defendant, JEFFREY RIGUEUR a/k/a JEFFREY R. WING, to move with respect to the complaint herein has expired.

　　　　4.　　Defendant, JEFFREY RIGUEUR a/k/a JEFFREY R. WING, has not answered or otherwise moved with respect to the complaint, and the time for defendant JEFFREY RIGUEUR a/k/a JEFFREY R. WING to answer or otherwise move has not been extended.

1

2

      5.      Defendant is not an infant, in the military, or an incompetent person. Defendant JEFFREY RIGUEUR a/k/a JEFFREY R. WING is not presently in the military service of the United States as appears from facts in this litigation.

      6.      Accordingly, this request is being made for the entry of default against Defendant in the above-captioned matter.

      I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  New York, New York
          May 20, 2024

                                        */s/Daniel Szalkiewicz, Esq.*
                                        Daniel S. Szalkiewicz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

C.K.

                      **Plaintiff(s),**

                **- against -**

JEFFREY RIGUEUR a/k/a JEFFREY R. WING,

                      **Defendant(s),**
------------------------------------------------------------X

24 Civ. 2778 (___)

**CLERK'S CERTIFICATE OF DEFAULT**

      **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on April 12, 2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) JEFFREY RIGUEUR a/k/a JEFFREY R. WING by personally serving John Doe, *and proof of service was therefore filed on* 04/26/2024, *Doc. #(s)* 8.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

           _____, 20___

                                     **RUBY J. KRAJICK**
                                        **Clerk of Court**

                                    **By:** _____
                                          **Deputy Clerk**