UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

C.K.

                    **Plaintiff(s),**

               **- against -**

JEFFREY RIGUEUR a/k/a JEFFREY R. WING,

                    **Defendant(s),**
------------------------------------------------------------X

24 Civ. 2778 (___)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on April 12, 2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) JEFFREY RIGUEUR a/k/a JEFFREY R. WING by personally serving John Doe, and proof of service was therefore filed on 04/26/2024, Doc. #(s) 8.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

    May 20, 2024

                                               **RUBY J. KRAJICK**
                                                 Clerk of Court

                                   **By:** _____
                                                **Deputy Clerk**