# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| C.K.<br><br>v.<br><br>JEFFREY RIGUEUR a/k/a JEFFREY R. WING<br><br>Defendant. | **Case No.**<br><br>1:24-CV-02778-NRB |

## APPEARANCE OF COUNSEL

**To**: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant – Jeffrey Rigueur A/K/A Jeffrey R. Wing.

**Date**: Brooklyn, New York
May 29th, 2024

                                                              /s/ Igor Litvak
                                          Igor Litvak, Esq.
                                          NY Bar No. 5109749
                                          The Litvak Law Firm, PLLC
                                          1733 Sheepshead Bay Road, Suite 22
                                          Brooklyn, New York 11235
                                          Office: (718) 889-2908
                                          E-Mail: Igor@LitvakLawNY.com