UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| C.K.,<br><br>                               Plaintiff,<br><br>- against -<br><br>JEFFREY RIGUEUR a/k/a JEFFREY R. WING,<br><br>                               Defendant. | Case No. 1:24-cv-2778<br><br>**STIPULATION** |

      Plaintiff C.K. ("Plaintiff") and Defendant Jeffrey Rigueur a/k/a Jeffrey R. Wing ("Defendant") hereby stipulate and agree as follows:

      WHEREAS, on or about April 12, 2024, Plaintiff initiated this action by filing a Complaint against Defendant.  Dkt. No. 1.

      WHEREAS, on or about May 20, 2024, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, filed CLERK'S CERTIFICATE OF DEFAULT, indicating that Defendant "has not filed an answer or otherwise moved with respect to the complaint herein."  Dkt. No. 11.

      IT IS HEREBY STIPULATED AND AGREED between counsel for the respective parties in the above-entitled action that the Certificate of Default issued by the Clerk of this Court (ECF No. 11) be vacated.

      IT IS HEREBY STIPULATED AND AGREED between counsel that Defendant waives any potential defect in service.

      IT IS FURTHER STIPULATED AND AGREED that the Defendant shall answer the Complaint within one week from the date the Honorable Court signs the Stipulation.

      IT IS FURTHER STIPULATED AND AGREED that a facsimile copy of this Stipulation shall have the same binding effect as the original.

Dated: June 6th, 2024

| | |
|---|---|
| By: _____<br>Daniel S. Szalkiewicz, Esq. (DS2323)<br>Cali P. Madia, Esq.<br>23 West 73rd Street, Suite 102.<br>New York, NY 10023<br>Telephone: (212) 706-1007<br>Facsimile: (646) 849-0033<br>daniel@lawdss.com<br>Attorneys for Plaintiff C.K. | By: _____<br>Igor B. Litvak<br>The Litvak Law Firm<br>1733 Sheepshead Bay Rd., Suite 22<br>Brooklyn, NY 11235<br>Tel/Fax: 718-989-2908<br>Email: Igor@LitvakLawNY.com<br>Attorneys for Defendant Jeffrey Rigueur a/k/a Jeffrey R. Wing |

So Ordered

_____