# Exhibit 2



OnlyFans empowers Creators from all genres to connect with their fans and monetize legal content. Users may not post or share intimate photos or videos of someone that were produced or distributed without their consent on OnlyFans.

Sharing Non-Consensual Intimate Images (NCII) is against OnlyFans Terms of Service. OnlyFans will take action against anyone who attempts to abuse the platform in this way.

## What is a Non Consensual Intimate Image?

A Non Consensual Intimate Image (NCII) is a sexually explicit image or video of someone which is taken and/or shared without their consent. This includes images or videos which were taken in an intimate setting and were not intended for public distribution.

## How does OnlyFans prevent the sharing of NCII on its platform?

Each Creator is personally legally responsible for the content they share on OnlyFans. It is against OnlyFans' Terms of Service for Creators to post, upload or share any explicit content featuring another person without their express consent.

Creators must make sure they have the informed consent of any person featured in the explicit content they want to share on OnlyFans. OnlyFans takes steps to confirm the age and identity of anyone featured in explicit content and that they have consented to their image being used before content is shared on OnlyFans.

## What happens if OnlyFans finds suspected NCII on its platform?

If we identify suspected NCII on our platform, we remove it. We immediately investigate any User who tries to share NCII on OnlyFans and suspend, and permanently ban, any User that has shared or attempted to share NCII on OnlyFans.

We work with law enforcement agencies to support investigations and prosecutions against anyone who shares NCII on OnlyFans. Unlike many other online platforms, all OnlyFans Users are verified which means we can provide law enforcement with actionable information to help support their investigations.

## How do I report suspected NCII?

Each post and account on OnlyFans has a report button. If you see any content on OnlyFans which you suspect could be NCII, please immediately click the report button. Alternatively, you can tell us what you saw by emailing ▓▓▓▓▓▓▓▓▓▓

## What if I previously consented to an intimate image of me appearing on OnlyFans but I have changed my mind?

If anyone who is featured in content on OnlyFans tells us they no longer consent to that content being shared on OnlyFans, we take that content down. You can contact ▓▓▓▓▓▓▓▓▓▓ at any time to withdraw your consent to images appearing on OnlyFans.

## What else does OnlyFans do to prevent the distribution of NCII?

We partner with StopNCII.org, a tool which enables individuals to 'hash' their intimate images or videos which creates a unique value from the media's metadata. This information is then added to the StopNCII hashlist and shared with industry partners such as OnlyFans. The StopNCII hashlist is integrated with the OnlyFans platform and if someone attempts to upload an image which has been hashed by StopNCII to the OnlyFans platform, it is prevented from being uploaded. You can find out more a▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓