# *THE LITVAK LAW FIRM, PLLC*

## IGOR B. LITVAK, ESQ.
### ATTORNEY AND COUNSELOR AT LAW
1733 SHEEPSHEAD BAY ROAD, SUITE 22,
BROOKLYN, NY 11235
718-989-2908
IGOR@LITVAKLAWNY.COM

---

<u>Via ECF</u>                                                                                                    August 13th, 2024
Southern District of New York
Hon. Naomi Reice Buchwald
500 Pearl Street
New York, NY 10007-1312

    Re: C.K. v. JEFFREY RIGUEUR, 1:24-CV-02778 S.D.N.Y.
       STATUS REPORT

Dear Honorable Naomi Reice Buchwald;

  I represent Mr. Jeffrey Regueur in the above-entitled action. On July 11th, 2024, parties and the court held an initial pretrial telephone conference. During the conference, parties discussed a potential resolution of the case, and counsel for both sides agreed to exchange some initial discovery in an attempt to settle the matter. The court instructed the parties to update the court in 30 days regarding the progress of the discovery exchange and settlement.

  On July 12th, 2024, the very next day after the conference, counsel for the Plaintiff served a subpoena upon a non-party in the case, specifically OnlyFans, requesting irrelevant information. I asked Plaintiff's counsel to withdraw or modify the subpoena and when this request was denied, I filed a pre-motion letter requesting a briefing schedule to file a motion to quash. Dkt. # 17.

  On August 5th, 2024, I emailed the Plaintiff's counsel asking whether we gonna exchange discovery, just like the parties agreed during the July 11th, 2024, pretrial court conference. The next day Plaintiff's counsel responded stating in part "I am not certain what discovery you think you need in this matter."

  No discovery has been exchanged between the parties. The defendant made a settlement offer which was rejected with no counteroffer made.

  Thank you for Your Honor's time and attention to this matter.

                   Sincerely,

                   _s/ Litvak_____
                   Igor Litvak, Esq.