# Daniel Szalkiewicz & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033

August 28, 2024

**Via NYSCEF**
Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Re:*   *C.K. v. Rigueur*
*District Court, Southern District of New York*
*Docket No. 24 Civ. 2778(NRB)*

Dear Judge Buchwald,

Our office represents plaintiff C.K. ("Plaintiff") in the above-referenced matter. Without going into the merits (or lack thereof) of defendant's letter, we do not oppose his request for a status conference to enter into a pretrial scheduling order.

Respectfully submitted,

DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
*/s/ Daniel Szalkiewicz*

By: Daniel S. Szalkiewicz, Esq.