UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
C.K.,

                Plaintiff,

    -against-

JEFFREY RIGUEUR, A/K/A JEFFREY R. WING,

               Defendants.
-------------------------------------------------X

Case No.: 24 Civ. 2778(NRB)

IT IS HEREBY STIPULATED AND AGREED TO by and between counsel for the parties to the parties in this action:

1. That the action is hereby discontinued with prejudice and without costs to either party;

2. That this stipulation may be signed in counterpart;

3. That electronic and facsimile signatures shall qualify as signatures to the stipulation;

4. That the stipulation once executed may be filed in court without further notice.

Dated: November 20, 2024

*/s/ Daniel S. Szalkiewicz*
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
By: Daniel Szalkiewicz, Esq.
23 West 73rd Street, Suite 102
New York, New York 10023
Telephone: (212) 706-1007
Email: Daniel@lawdss.com
*Attorneys for Plaintiff C.K.*

*Litvak*
THE LITVAK LAW FIRM, PLLC
By: Igor Litvak, Esq.
1733 Sheepshead Bay Road, Suite 22
Brooklyn, NY 11235
Telephone: (718) 989-2908
Email: Igor@litvaklawny.com
*Attorneys for Defendant Jeffrey Rigueur*