UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
C.K.,

                Plaintiff,

    -against-

JEFFREY RIGUEUR, A/K/A JEFFREY R. WING,

               Defendants.
-----------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL**

Case No.: 24 Civ. 2778(NRB)

IT IS HEREBY STIPULATED AND AGREED TO by and between counsel for the parties to the parties in this action:

1. That the action is hereby discontinued, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs to either party;

2. That this stipulation may be signed in counterpart;

3. That electronic and facsimile signatures shall qualify as signatures to the stipulation;

4. That the stipulation once executed may be filed in court without further notice.

Dated: December 4, 2024

| | |
|---|---|
| DANIEL SZALKIEWICZ & ASSOCIATES, P.C.<br>By: Daniel Szalkiewicz, Esq.<br>23 West 73rd Street, Suite 102<br>New York, New York 10023<br>Telephone: (212) 706-1007<br>Email: Daniel@lawdss.com<br>*Attorneys for Plaintiff C.K.* | THE LITVAK LAW FIRM, PLLC<br>By: Igor Litvak, Esq.<br>1733 Sheepshead Bay Road, Suite 22<br>Brooklyn, NY 11235<br>Telephone: (718) 989-2908<br>Email: Igor@litvaklawny.com<br>*Attorneys for Defendant Jeffrey Rigueur* |

1